**Housing Authority of the City and County of Denver**

**v.**

**Natonya Cash and Courtney Cash**

# Exhibit D

| | |
|---|---|
| County Court, City and County of Denver, Colorado<br>Court address:<br>1437 Bannock Street, Denver, Colorado 80202 | |
| **Plaintiff(s):**<br>**Housing Authority of the City and County of Denver**<br><br>**Defendant(s):**<br>**Courtney Duane Cash**<br>**Natonya Lewis Cash, and all other occupants**<br>**4343 S. Syracuse Street, Suite 11**<br>**Denver, Colorado 80237** | |
| Attorney or Party Without Attorney (Name and Address):<br>Gerritt Koser, #36652<br>Margaret Armstrong, #52552<br>1035 Osage Street, 11th Floor<br>Denver, Colorado 80204<br>Phone Number:  (720) 932-3090<br>FAX Number:  (720) 932-3009<br>LegalDepartment@denverhousing.org | σ  COURT USE ONLY  σ<br><br>Case Number:<br><br>Division:          Courtroom: |
| **SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER** | |

To the above named defendant(s):  Take notice that:

1.  On September 22, 2022, at 8:00 o'clock A.M., in the Denver County Court, Denver, Colorado, the Plaintiff may ask the Court to enter judgment against you. If the Court grants the Plaintiff's request to enter judgment against you, you will have to move out and it may mean you have to pay money to the landlord.

2.  If you do not agree with the complaint, then you must either:

   a.  Attend this hearing at the above date and time **virtually**, by using this link **http://bit.ly/dcc-civilreturns or by dialing 720-600-4350** and using the Conference ID number of **177 756 212# OR**

   b.  File an answer with the Court, stating any legal reason you have why judgment should not be entered against you, at **1437 Bannock Street, Room 135,** before the close of business on the date upon which an appearance is due.

4.  If you file an answer, you must provide a copy to the Plaintiff or the attorney who signed the complaint.

5.  If you do not respond to the Landlord's complaint by filing a written answer with the Court, as set forth above, or appear in Court at the date and time in this summons, the Judge may enter a Default Judgment against you in favor of your Landlord for possession.  A Default Judgment for possession means that you will have to move out, and it may mean that you will have to pay money to the Landlord.

6.  In your answer to the court, you can state:
   *  Why you believe you have a right to remain in the property,
   *  Whether you admit or deny the landlord's factual allegations against you and your legal defenses,

- Whether you believe you were given proper notice of the landlord's reasons for terminating your tenancy before you got this summons, and
- Whether you have a counterclaim or crossclaim against the landlord.

7. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises. In addition to filing an answer, you are required to complete an Affidavit (JDF 109) to support the amount you will need to pay into the registry of the Court or to seek a waiver of this requirement.

8. When you file your answer, you must pay a filing fee to the Clerk of the Court. If you are eligible for a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee. If you cannot afford the filing fee or jury fee, file JDF 205 – Motion to Waive Fees and JDF 206 – Order for Fee Waiver.

9. A copy of the Complaint together with a blank Answer form, a list of available residential and legal resources, Affidavit Regarding Evictions and the CARES Act, the Notice to Parties in Denver County Court Civil Matters, Denver County Court Residential Resource Sheet Pursuant to 13-40-111(5), C.R.S., the Request and Order for Production Pursuant to 13-40-111(6)(b), C.R.S., Form JDF 186 SC: Information for Eviction Cases, blank copy of Form JDF 205, and blank copy of Form JDF 206 (the "FED Documents") is served with this Summons and are attached for your use.

10. **Any records associated with the action are suppressed and not accessible to the public until an order is entered granting the plaintiff possession of the premises.**

11. **If the plaintiff is granted possession of the premises, the court records may remain suppressed if both parties agree to suppress the records.**

Dated at Denver, Colorado, this 12th day of September 2022.

Clerk of the Court

By:_____          By: _____
        Deputy Clerk                                      Gerritt Koser, #36652
                                                                    Margaret Armstrong, #52552
                                                                    Attorney for the Plaintiff
                                                                    1035 Osage Street, 11th Floor
                                                                    Denver, Colorado 80204
                                                                    (720) 932-3090

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

**"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."**

## RESOURCES

- Colorado Judicial Branch Self Help Center
  - Your local Self Help Center can be found by following this link: https://www.courts.state.co.us/Self_Help/center.cfm
- Colorado Legal Services
  - Free legal services to low income tenants facing evictions.
  - Call (303) 837-1313 ext. 444 or visit https://www.coloradolegalservices.org/
- Colorado Department of Local Affairs
  - The Division of Housing can help with rental assistance programs, housing counseling, eviction and foreclosure prevention, and other programs.
  - Call (303) 864-7810 or visit https://cdola.colorado.gov/housing
- Colorado Housing Connects
  - Free housing, eviction, and foreclosure resources for tenants, landlords, homeowners, and homebuyers.
  - Call (844) 926-6632 or visit https://coloradohousingconnects.org/
- Colorado Poverty Law Project
  - Free legal services to fight eviction and housing insecurity.
  - https://www.copovertylawproject.org/
- COVID-19 Eviction Defense Project
  - Free legal aid and guidance to tenants facing eviction and housing insecurity.
  - Visit https://www.cedproject.org

## RELEVANT STATUTES

**C.R.S. 13-40-111. Issuance and return of summons.** (1) Upon filing the complaint as required in section 13-40-110, the clerk of the court or the attorney for the plaintiff shall issue a summons. The summons must command the defendant to appear before the court at a place named in the summons and at a time and on a day not less than seven days but not more than fourteen days from the day of issuing the same to answer the complaint of plaintiff. A court shall not enter a default judgment for possession before the close of business on the date upon which an appearance is due. The summons must also contain a statement addressed to the defendant stating: If you fail to file with the court, at or before the time for appearance specified in the summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the plaintiff is entitled. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the court will require you to pay into the registry of the court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises; unless the court determines that you qualify to have this requirement waived due to your income.

**C.R.S. 13-40-112. Service.** (1) Such summons may be served by personal service as in any civil action. A copy of the complaint must be served with the summons. (2) If personal service cannot be had upon the Defendant by a person qualified under the Colorado Rules of Civil Procedure to serve process, after having made diligent effort to make such personal service, such person may make service by posting a copy of the summons and the complaint in some conspicuous place upon the premises. In addition thereto, the Plaintiff shall mail, no later than the next day following the day on which he/she files the complaint, a copy of the summons, or, in the event that an alias summons is issued, a copy of the alias summons, and a copy of the complaint to the Defendant at the premises by postage prepaid, first class mail. (3) Personal service or service by posting shall be made at least seven days before the day for appearance specified in such summons, and the time and manner of such service shall be endorsed upon such summons by the person making service thereof.

| | |
|---|---|
| County Court,<br>City and County of Denver, Colorado<br>Court address:<br>1437 Bannock Street, #135, Denver, CO 80202 | |
| **Plaintiff(s):**<br>**Housing Authority of the City and County of Denver**<br><br>**Defendant(s):**<br>**Courtney Duane Cash**<br>**Natonya Lewis Cash, and all other occupants**<br>**4343 S. Syracuse Street, Suite 11**<br>**Denver, Colorado 80237** | |
| Attorney or Party Without Attorney (Name and Address):<br>Gerrit Koser, #36652<br>Margaret Armstrong, #52552<br>1035 Osage Street, 11th Floor<br>Denver, Colorado 80204<br>Phone Number: (720) 932-3090<br>FAX Number:  (720) 932-3009<br>LegalDepartment@denverhousing.org | σ COURT USE ONLY σ |
| | Case Number:<br><br>Division:         Courtroom: |

## COMPLAINT UNDER SIMPLIFIED PROCEDURE (UNLAWFUL DETAINER)

1.  The Plaintiff is the owner of the Premises (the "Premises") in the City and County of Denver, State of Colorado, known as 4343 S. Syracuse Street, Suite 11, Denver, Colorado 80237.

2.  The amount claimed herein does not exceed the jurisdiction of the court.

3.  Pursuant to the lease, the Defendant(s) entered into possession of the Premises.

4.  A written demand for compliance or possession was properly served upon the Defendant(s) on July 20, 2022, personally. A copy of the written notice is attached hereto and incorporated herein by reference.

5.  A written notice of lease termination and notice to quit was properly served upon the Defendant(s) on August 1, 2022, personally.  A copy of the written notice is attached hereto and incorporated herein by reference.

6.  The lease was terminated on August 31, 2022, for the reasons set forth in the Notice, and those reasons constitute good cause for such termination.

7.  The Defendant(s) remain in possession of the Premises.

8.  The Defendant(s) unlawfully, wrongfully, and without force, hold possession of the Premises, contrary to the terms of the lease and without permission of the Plaintiff.

9.  The military status of Defendant(s) is not known.

10. The Plaintiff does not demand trial by jury.

WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A
JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS
BEEN PAID.

      Note:  All Plaintiffs filing this complaint must sign unless the complaint is signed by an
attorney.

      DATED:  September 12, 2022

Housing Authority of the
City and County of Denver

By: _____
    Gerritt Koser, #36652
    Margaret Armstrong, #52552
    1035 Osage Street, 11th Floor
    Denver, Colorado 80204
    Phone Number: (720) 932-3090

Subscribed and sworn to before me on
September 12, 2022.

_____
Notary Public
1035 Osage Street, 11th Floor
Denver, Colorado 80204
My Commission Expires:
Jan 9, 2024

Josie Miller
Notary Public
State of Colorado
Notary ID 19994032834
My Commission Expires January 9, 2024

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON
EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO
DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

County Court, City and County of Denver, Colorado
Court address:
1437 Bannock Street, #135
Denver, CO  80202

**Plaintiff(s):**
**Housing Authority of the City and County of Denver**

**Defendant(s):**
**Courtney Duane Cash**
**Natonya Lewis Cash, and all other occupants**
**4343 S. Syracuse Street, Suite 11**
**Denver, Colorado 80237**

Attorney or Party Without Attorney (Name and Address):
Gerritt Koser, #36652
Margaret Armstrong, #52552
1035 Osage Street, 11th Floor
Denver, Colorado 80204
Phone Number:  (720) 932-3090
FAX Number:  (720) 932-3009
LegalDepartment@denverhousing.org

σ  COURT USE ONLY  σ

Case Number:

Division:          Courtroom:

## CERTIFICATE OF MAILING

I hereby certify that on September 12, 2022, I served a true, complete and correct copy of the Summons, Complaint, Attachments to the Complaint, in this action and Answer Form, a list of available residential and legal resources, Affidavit Regarding Evictions and the CARES Act, the Notice to Parties in Denver County Court Civil Matters, Denver County Court Residential Resource Sheet Pursuant to 13-40-111(5), C.R.S., the Request and Order for Production Pursuant to 13-40-111(6)(b), C.R.S., Form JDF 186 SC: Information for Eviction Cases, blank copy of Form JDF 205, and blank copy of Form JDF 206 (the "FED Documents"), upon the parties listed below by depositing the same in the United States Mail, postage prepaid, addressed to:

Courtney Duane Cash, and all other occupants          Natonya Lewis Cash, and all other occupants
4343 S. Syracuse Street, Suite 11                              4343 S. Syracuse Street, Suite 11
Denver, Colorado 80237                                          Denver, Colorado 80237

Subscribed and sworn to before me on September 12, 2022.

Notary Public
1035 Osage Street, 11th Floor
Denver, Colorado 80204
My Commission Expires:
Jan 9, 2024

**Josie Miller**
Notary Public
State of Colorado
Notary ID 19994032834
My Commission Expires January 9, 2024

County Court, Denver County, Colorado
1437 Bannock Street, Room 135
Denver, Colorado 80202, 720-865-7840

Plaintiff(s):

v.

Defendant(s):

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):

Case Number:

Phone Number:          E-mail:
FAX Number:            Atty. Reg. #:          Division **Civil**          Courtroom

## ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
## (including counterclaim(s) and/or cross claim(s))

The Defendant(s) _____(name), answer(s) the complaint as follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and owing for the following reasons:

_____
_____
_____

**OR**

the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain possession for the following reasons:

_____
_____
_____

**OR**

the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

_____
_____
_____

2. ☐ (If applicable) the Defendant(s), _____, assert(s) the following counterclaim(s) or setoff(s) against the Plaintiff(s)

_____
_____
_____

3. ☐(If applicable) the Defendant(s) _____, assert(s) the following
cross claim(s) against _____, named Defendant(s) (you are limited to
the jurisdiction of the court):

_____

_____

_____

4. If a counterclaim is asserted above, you must check one of the following statements:
☐The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to
the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred
to the District Court (District Court filing fee required)

5. The Defendant(s):
☐Request(s) a trial to the court.
☐Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be
paid unless the fee is waived by the Court.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY
BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____        _____
Signature of Defendant(s)                               Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL
PROCEDURE* was served on _____the
other party(s) or attorney(s) by:

☐Hand Delivery ☐E-filed ☐Faxed to this number _____ or ☐by placing it in the United
States mail, postage pre-paid, and addressed to the following:

_____
_____
_____
_____

_____
Defendant(s) or Attorney for Defendant(s) Signature

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

## FOR COMPLIANCE OR POSSESSION

TO:     Courtney Duane Cash
        Natonya Lewis Cash, and all other occupants
        4343 South Syracuse Street
        Suite 11
        Denver, Colorado 80237

The Housing Authority of the City and County of Denver (the "Housing Authority") hereby notifies you that you have engaged in conduct that violates the covenant(s) and condition(s) of your lease.  Specifically:

Since May 2022, you have refused and/or delayed allowing access to Housing Authority staff and contractors to repair, remediate, treat, or inspect the Premises.

You must allow the Housing Authority and its contractors unrestricted access to the Premises to make all necessary repairs.

You have also failed to provide your 2022 annual paperwork which must be completed by the Housing Authority by August 1, 2022.  Failure to provide timely will result in you being required to pay HUD-approved market rent for the unit.

This conduct is in violation of your lease which provides:

**10.     *Maintenance:***
   a.  *The Landlord agrees to:*

      (1)   *regularly clean all common areas of the project;*
      (2)   *maintain the common areas and facilities in a safe condition;*
      (3)   *arrange for collection and removal of trash and garbage;*
      (4)   *maintain all equipment and appliances in safe and working order;*
      (5)   *make necessary repairs with reasonable promptness;*
      (6)   *maintain exterior lighting in good working order;*
      (7)   *provide extermination services, as necessary; and*
      (8)   *maintain grounds and shrubs.*

   b.  *The Tenant agrees to:*
      (1)    *keep the unit clean;*
      (2)  *use all appliances, fixtures and equipment in a safe manner and only for the purposes for which they are intended;*
         a.  *not litter the grounds or common areas of the project;*
         b.  *not destroy, deface, damage or remove any part of the unit, common areas, or project grounds;*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

   c. *give the Landlord prompt notice of any defects in the plumbing, fixtures, appliances, heating and cooling equipment or any other part of the unit or related facilities; and*

   d. *remove garbage and other waste from the unit in a clean and safe manner.*

**11.**   ***Damages:***   *Whenever damage is caused by carelessness, misuse, or neglect on the part of the Tenant, his/her family or visitors, the Tenant agrees to pay:*

a. *the cost of all repairs and do so within 30 days after receipt of the Landlord's demand for the repair charges; and*

b. *rent for the period the unit is damaged whether or not the unit is habitable. The Tenant understands that HUD will not make assistance payments for any period in which the unit is not habitable. For any such period, the Tenants agrees to pay the HUD-approved market rent rather than the Tenant rent shown in paragraph 3 of his agreement.*

**12.**   ***Restrictions on Alterations:***   No alteration, addition, or improvements shall be made in or to the premises without the prior consent of the Landlord in writing. [. . .]

**13.**   ***General Restrictions:*** *The Tenant must live in the unit and the unit must be the Tenant's only place of residence. The Tenant shall use the premises only as a private dwelling for himself/herself and the individuals listed on the Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures, Attachment 1. The Tenant agrees to permit other individuals to reside in the unit only after obtaining the prior written approval of the Landlord. The Tenant agrees not to:*

   b. *use the unit for unlawful purposes;*

   c. *engage in or permit unlawful activities in the unit, in the common areas or on the project grounds; or*

   e. *make or permit noises or acts that will disturb the rights or comfort of neighbors. The Tenant agrees to keep the volume of any radio, phonograph, television or musical instrument at a level, which will not disturb the neighbors.*

**14.**   ***Rules:*** *The Tenant agrees to obey the House Rules which are Attachment No. 3 to this Agreement. The tenant agrees to obey additional rules established after the effective date of this Agreement if:*

   a. *the rules are reasonably related to the safety, care and cleanliness of the building and the safety, comfort and convenience of the Tenants; and*

   b. *the Tenant receives written notice of the proposed rule at least 30 days before the rule is enforced.*

**15.**   **Regularly Scheduled Re-certifications:**   Every year around the 1ST day of August, the Landlord will request the Tenant to report the income and composition of the Tenant's household and to supply any other information required by HUD for the purposes of determining the Tenant's rent and assistance

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

payment, if any.  The Tenant agrees to provide accurate statements of this information and to do so *by the date specified in the Landlord's request.  The Landlord will verify the information supplied by the Tenant and use the verified information to recompute the amount of the Tenant's rent and assistance payment, if any.*

a. *If the Tenant does not submit the required recertification information by the date specified in the Landlord's request, the Landlord may impose the following penalties.  The Landlord may implement these penalties only in accordance with the administrative procedures and time frames specified in HUD's regulations, handbooks and instructions related to the administration of multifamily subsidy programs.*

(1) *Require the Tenant to pay the higher, HUD-approved market rent for the unit.*

(2) *Implement any increase in rent resulting from the recertification processing without providing the 30-day notice otherwise required by paragraph 4 of this Agreement.*

b. *The Tenant may request to meet with the Landlord to discuss any change in rent to assistance payment resulting from the recertification processing.  If the Tenant requests such a meeting, the Landlord agrees to meet with the Tenant and discuss how the Tenant's rent and assistance payment, if any, were computed.*

17. **Removal of Subsidy:**

a. *The Tenant understands that assistance made available on his/her behalf may be terminated if events in either item 1 or 2 below occur.  Termination of assistance means that the Landlord may make the assistance available to another Tenant and the Tenant's rent will be recomputed.  In addition, if the Tenant's assistance is terminated because of criterion (1) below, the Tenant will be required to pay the HUD-approved market rent for the unit.*

(1) *The Tenant does not provide the Landlord with the information or reports required by paragraph 15 or 16 within 10 calendar days after receipt of the Landlord's notice of intent to terminate the Tenant's assistance payment.*

(2) *The amount the Tenant would be required to pay towards rent and utilities under HUD rules and regulations equals the Family Gross Rent shown on Attachment 1.*

b. *The Landlord agrees to give the Tenant written notice of the proposed termination.  The notice will advise the Tenant that, during the ten calendar days following the date of the notice, he/she may request to meet with the Landlord to discuss the proposed termination of assistance.  If the Tenant requests a discussion of the proposed termination, the Landlord agrees to meet with the Tenant.*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

    c.    *Termination of assistance shall not affect the Tenant's other rights under this Agreement, including the right to occupy the unit. Assistance may subsequently be reinstated if the Tenant submits the income or other data required by HUD procedures, the Landlord determines the Tenant is eligible for assistance, and assistance is available.*

**20.**    **Access by Landlord:**    *The Landlord agrees to enter the unit only during reasonable hours, to provide reasonable advance notice of his/her intent to enter the unit except when emergency situations make such notices impossible or except under paragraph (c) below.*

    a.    *The Tenant agrees to permit the Landlord, his/her agents or other persons, when authorized by the Landlord, to enter the unit for the purpose of making reasonable repairs and periodic inspections.*

    b.    *The Tenant consents in advance to the following entries into the unit:*

        (i)    *The tenant agrees to permit the Landlord, his/her agents or other persons, when authorized by the Landlord, to enter the unit for the purpose of making reasonable repairs and periodic inspections.*

        (ii)    *After the Tenant has given a notice of intent to move, the Tenant agrees to permit the Landlord to show the unit to prospective tenants during reasonable hours.*

    c.    *If the Tenant moves before this Agreement ends, the Landlord may enter the unit to decorate, remodel, alter or otherwise prepare the unit for re-occupancy.*

**23.**    **Termination of Tenancy:**
    a.    *To terminate this Agreement, the Tenant must give the Landlord 30-days written notice before moving from the unit.*
    b.    *Any termination of this Agreement by the Landlord must be carried out in accordance with HUD regulations, State and local law, and the terms of this Agreement.*
    c.    *The Landlord may terminate this Agreement for the following reasons:*
        1.    *the Tenant's material noncompliance with the terms of this Agreement;*
        2.    *the Tenant's material failure to carry out obligations under any State Landlord and Tenant Act;*
        *[. . .]*

    d.    *The Landlord may terminate this Agreement for other good cause, which includes, but is not limited to, the tenant's refusal to accept change to this agreement. The term material noncompliance with the lease includes: (1) one or more substantial violations of the lease; (2) repeated minor violations of the lease that (a) disrupt the livability of the project; (b) adversely affect the health or safety of any person or the right of any tenant to the quiet enjoyment to the leased premises and related project facilities, (c) interfere with the management of the project, or (d) have an adverse financial effect on the project (3) failure of the tenant to timely*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

> *supply all required information on the income and composition, or eligibility factors, of the tenant household (including, but not limited to, failure to meet the disclosure and verification requirements for Social Security Numbers, or failure to sign and submit consent forms for the obtaining of wage and claim information from State Wage Information Collection Agencies), and (4) Non-payment of rent or any other financial obligation due under the lease beyond any grace period permitted under State law. The payment of rent or any other financial obligation due under the lease after the due date but within the grace period permitted under State law constitutes a minor violation.*

24. **Hazards:** *The Tenant shall not undertake, or permit his/her family or guests to undertake, any hazardous acts or do anything that will increase the project's insurance premiums. Such action constitutes a material non-compliance. If the unit is damaged by fire, wind, or rain to the extent that the unit cannot be lived in and the damage is not caused or made worse by the Tenant, the Tenant will be responsible for rent only up to the date of the destruction. Additional rent will not accrue until the unit has been repaired to a livable condition.*

This conduct is in violation of your House rules which provides:

*I.        Resident's Obligations*

*The Resident and the members of the household:*

19. *Shall assure that the Resident, any member of the household, a guest, or another person under the Resident or household members control, shall act in a manner that will:*

    A.  *Not disturb other Residents' peaceful enjoyment of their accommodations; and*

    B.  *Be conducive to maintaining all Housing Authority developments in a decent, safe and sanitary condition.*

21. *Shall act in a cooperative manner with neighbors and Housing Authority staff. Resident shall refrain from and cause members of Resident's household or guests or another person under Resident's control to refrain from acting or speaking in an abusive or threatening manner toward neighbors and/or Housing Authority staff.*

23. *Shall comply with all obligations all laws and local ordinances pertaining to the use or occupancy of the premises, materially affecting health and/or safety and/or the use or occupancy of the premises.*

24. *Shall supply any certification, release, information or documentation which the Housing Authority or HUD determines to be necessary, including submissions required by the Housing Authority for an annual re-examination or interim re-examination of family income and composition in accordance with HUD requirements. Resident and household members shall sign all documents as requested by the Housing Authority.*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

**26.** Shall avoid obstructing sidewalks, areaways, galleries, passages, elevators, or stairs, and to avoid using these for purposes other than going in and out of the Dwelling Unit.

**27.** Shall use only in a reasonable manner all electrical, plumbing, sanitary, heating, ventilating, air conditioning, and other facilities and appurtenances, including elevators.

***III. Housekeeping Standards***

In an effort to improve the livability and conditions of the dwelling units owned and managed by the Housing Authority, uniform standards for resident housekeeping have been developed for all Resident families.  The standards that follow will be applied fairly and uniformly to all Residents.  The Housing Authority will inspect each unit at least annually, to determine compliance with the standards.  Upon completion of an inspection the Housing Authority will notify Resident in writing if he/she fails to comply with the standards.  The Housing Authority will advise Resident of specific correction(s) required to establish compliance.  Within a reasonable period of time, the Housing Authority will schedule a second inspection.  Failure of a second inspection will constitute a serious violation of the material terms of the Lease, for which the Housing Authority may terminate the Lease.

**32.** Resident is required to abide by the standards set forth below and shall use reasonable care to keep the Dwelling Unit and such other areas as may be assigned to the Resident for the Resident's exclusive use in a clean, safe and sanitary condition as to ensure proper health and sanitation standards for Resident, household members and neighbor. Failure to abide by the Housekeeping Standards that results in the creation or maintenance of a threat to health or safety is a serious violation of the material terms of the Lease, for which the Housing Authority may terminate the Lease.

**33.** Resident shall pay charges (other than for normal wear and tear) for the repair of damages to the premises, development buildings, facilities or common areas caused by Resident, Resident's household or guests, or by Resident's failure to report needed repairs.  **Resident Shall Notify The Housing Authority Promptly Of Known Needed Repairs To Resident's Dwelling Unit**, and of known unsafe or unsanitary conditions in the Dwelling Unit or in common areas and grounds of the development.  Resident's failure to report the need for repairs in a timely manner shall be considered to contribute to any damage that occurs.  Resident shall also pay other charges assessed.  These charges shall be in accordance with a schedule of charges, which have been approved by the resident representatives, as are posted in the Housing Authority's development office from time to time.  Any damage to the Dwelling Unit which is not described in the written report of inspection prior to Resident's occupancy will be presumed to have been caused by Resident;

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL
IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE
OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

The Violence Against Women Act (VAWA) provides certain protections for victims of
domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender
identity, or sexual orientation. Residents of DHA housing may not be evicted solely
because they have been a victim of domestic violence, dating violence, sexual assault, or
stalking or solely on the basis of criminal activity directly relating to domestic violence,
dating violence, sexual assault, or stalking. Your VAWA rights and responsibilities are
described in the VAWA Addendum which was provided with your lease. If you need a
copy of the VAWA Addendum, please contact your property manager and a copy will be
provided.

**PURSUANT TO SECTION 13-40-104 OF THE COLORADO REVISED STATUTES, YOU ARE
HEREBY NOTIFIED THAT THE ABOVE REFERENCED CONDUCT CONSTITUTES A MATERIAL
BREACH OF YOUR LEASE.   THIS BREACH ENTITLES THE HOUSING AUTHORITY TO
POSSESSION OF THE PREMISES ADDRESSED ABOVE.  ACCORDINGLY, YOU MUST EITHER
COMPLY WITH THE COVENANT(S) AND CONDITION(S) OF YOUR LEASE SET FORTH
ABOVE, OR DELIVER TO THE HOUSING AUTHORITY THE PREMISES ADDRESSED ABOVE
WITHIN TEN (10) DAYS OF THE TIME THIS NOTICE IS SERVED UPON YOU.  YOU MUST
REFRAIN FROM ENGAGING IN THE SAME CONDUCT IN THE FUTURE, OR YOUR LEASE
WILL BE TERMINATED.**

Dated: 7. 20. 2022

THE HOUSING AUTHORITY OF THE CITY AND
COUNTY OF DENVER

By: _____
    Birttany Chiles, Manager
    Syracuse Plaza & Goldsmith Village
    4333 South Syracuse Street
    Denver, Colorado 80237
    Phone: 720.946.6054

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL
IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE
OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

## Certificate of Service

I hereby certify that this Demand for Compliance or Possession was served:

[X]   by handing a copy to the person named hereon on the date and time of the first
       attempt at service:

       First attempt: Date: 7·20·2022   Time: 2.50pm

       Second attempt: Date: _____   Time: _____

[ ]   by handing a copy to the person named hereon on the date and time of the second
       attempt at service; or

[ ]   by posting on the front door of the premises on the date and time of the second
       attempt at service, no person authorized to accept service being on the premises at
       that date and time.

[ ]   by mailing a copy by prepaid first class mail, addressed to the person named
       hereon at the address of the premises, after the date and time of the second
       attempt at service, no person authorized to accept service being on the premises at
       that date and time.

       Date of Mailing: _____

**Brittany Chiles, Manager, Syracuse Plaza & Goldsmith Village**

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL
IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE
OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

## DEMAND FOR COMPLIANCE OR POSSESSION

TO:    Courtney Duane Cash
       Natonya Cash, and all other occupants
       4343 South Syracuse Street
       Suite 11
       Denver, Colorado 80237

The Housing Authority of the City and County of Denver (the "Housing Authority") hereby
notifies you that you have engaged in conduct that violates the covenant(s) and condition(s)
of your lease. Specifically:

You and/or your adult household members have failed to timely comply with the Housing
Authority's requests for office visits for your scheduled appointments for rent review
and/or to obtain signatures/and/or to provide documents necessary to determine your
continued eligibility for housing.

You were notified in writing and/or verbally on July 2, 2021 (two written notices), April 7,
2022, April 13, 2022, and April 21, 2022 (three written notices) regarding
information/documentation necessary to complete your annual review. You failed to
timely and completely respond.

You and/or your adult household members have been uncooperative with Housing
Authority staff. For example, but not limited to:

On April 19, 2022, you sent an email to the manager stating that you needed to
reschedule the certification interview scheduled for April 19, 2022 and stated that you
were available to reschedule the meeting to June 24, 2022, and "[n]ot a minute before."
You stated, in part, that this date is closer to the date you have meet with the Housing
Authority for the past two certifications. The manager replied to your email and informed
you that the notice of appointment for today [April 19, 2022] was for your initial annual
recertification interview and that the final signing of your annual recertification would
normally take place in July. The manager further informed you that she could not wait
until June to complete the initial certification and asked that you let her know a date and
time that you are available next week. The manager also stated that she tried to call you
last week to reschedule the final signing for interim effective 4/1/2021 and annual
recertification effective 8/1/2021, but that the manager was unable to reach you or leave
a message. The manager informed you that she was going to have you complete all the
paperwork at the same time as your annual recertification meeting that was scheduled
for today [April 19, 2022] at 2:00. You failed to timely respond.

This conduct is in violation of your lease which provides:

***13. General Restrictions:*** *The Tenant must live in the unit and the unit must be the
Tenant's only place of residence. The Tenant shall use the premises only as a private*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

dwelling for himself/herself and the individuals listed on the Owner's Certification of compliance with HUD's Tenant Eligibility and Rent Procedures, Attachment I. The Tenant agrees to permit other individuals to reside in the unit only after obtaining the prior written approval of the Landlord...

**14. Rules:**      The Tenant agrees to obey the House Rules which are Attachment No. 3 to this Agreement. The tenant agrees to obey additional rules established after the effective date of this Agreement if:

a. the rules are reasonably related to the safety, care and cleanliness of the building and the safety, comfort and convenience of the Tenants; and

b. the Tenant receives written notice of the proposed rule at least 30 days before the rule is enforced.

**15. Regularly Scheduled Re-certifications:** Every year around the 1st day of August, the Landlord will request the Tenant to report the income and composition of the Tenant's household and to supply any other information required by HUD for the purposes of determining the Tenant's rent and assistance payment, if any. The Tenant agrees to provide accurate statements of this information and to do so by the date specific in the Landlord's request. The Landlord will verify the information supplied by the Tenant and use the verified information to recompute the amount of the Tenant's rent and assistance payment, if any.

a. If the Tenant does not submit the required recertification information by the date specified in the Landlord's request, the Landlord may impose the following penalties. The Landlord may implement these penalties only in accordance with the administrative procedures and time frames specified in HUD's regulation, handbooks, and instructions related to the administration of multifamily subsidy programs.

> (1) Require the Tenant to pay the higher, HUD-approved market rent for the unit.

> (2) Implement any increase in rent resulting from the recertification processing without providing the 30-day notice otherwise required by paragraph 4 of this Agreement.

b. The Tenant may request to meet with the Landlord to discuss any change in rent or assistance payment resulting from the recertification processing. If the Tenant requests such a meeting, the Landlord agrees to meet with the Tenant and discuss how the Tenant's rent and assistance payment, if any, were computed.

**23. Termination of Tenancy:**

[]

c. The Landlord may terminate this Agreement for the following reasons:

> 1. the Tenant's material noncompliance with the terms of this Agreement.

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

*d. The Landlord may terminate this Agreement for other good cause, which includes, but is not limited to, the tenant's refusal to accept change to this agreement.*

*The term material noncompliance with the lease includes: (1) one or more substantial violations of the lease; (2) repeated minor violations of the lease that... (c) interfere with the management of the project...(3) failure of the tenant to timely supply all required information on the income and composition, or eligibility factors, of the tenant household (including, but not limited to, failure to meet the disclosure and verification requirements for Social Security Numbers, or failure to sign and submit consent forms for obtaining of wage and claim information from State Wage Information Collection Agencies) []*

This conduct is in violation of the DHC House Rules which provides:

**I.      Resident's Obligation**

*The Resident and the members of the household:*

*21. Shall act in a cooperative manner with neighbors and Housing Authority staff...*

*23. Shall comply with all obligations all laws and local ordinances pertaining to the use or occupancy of the premises, materially affecting health and/or safety and/or the use or occupancy of the premises.*

*24. Shall supply any certifications, release, information or documentation which the Housing Authority or HUD determines to be necessary, including submissions required by the Housing Authority for an annual re-examination or interim re-examination of family income and composition in accordance with HUD requirements. Resident and household members shall sign all documents as requested by the Housing Authority.*

The Violence Against Women Act (VAWA) provides certain protections for victims of domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender identity, or sexual orientation. Residents of DHA housing may not be evicted solely because they have been a victim of domestic violence, dating violence, sexual assault, or stalking or solely on the basis of criminal activity directly relating to domestic violence, dating violence, sexual assault, or stalking.  Your VAWA rights and responsibilities are described in the VAWA Addendum which was provided with your lease.  If you need a copy of the VAWA Addendum, please contact your property manager and a copy will be provided.

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

PURSUANT TO SECTION 13-40-104 OF THE COLORADO REVISED STATUTES, YOU ARE HEREBY NOTIFIED THAT THE ABOVE REFERENCED CONDUCT CONSTITUTES A MATERIAL BREACH OF YOUR LEASE.   THIS BREACH ENTITLES THE HOUSING AUTHORITY TO POSSESSION OF THE PREMISES ADDRESSED ABOVE.  ACCORDINGLY, YOU MUST EITHER COMPLY WITH THE COVENANT(S) AND CONDITION(S) OF YOUR LEASE SET FORTH ABOVE, OR DELIVER TO THE HOUSING AUTHORITY THE PREMISES ADDRESSED ABOVE WITHIN TEN (10) DAYS OF THE TIME THIS NOTICE IS SERVED UPON YOU.  YOU MUST REFRAIN FROM ENGAGING IN THE SAME CONDUCT IN THE FUTURE, OR YOUR LEASE WILL BE TERMINATED.

Dated: May 13, 2022

THE HOUSING AUTHORITY OF THE CITY AND COUNTY OF DENVER

By: _____

    Birttany Chiles, Manager
    Syracuse Plaza & Goldsmith Village
    4333 South Syracuse Street
    Denver, Colorado 80237
    Phone: 720.946.6054

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

## NOTICE OF PROPOSED LEASE TERMINATION
### NOTICE TO QUIT (Repeat Violation of Condition(s) and Covenant(s))

TO:    Courtney Duane Cash
       Natonya Lewis Cash, and all other occupants
       4343 South Syracuse Street
       Suite 11
       Denver, Colorado 80237

You are hereby notified that the Housing Authority of the City and County of Denver (the "Housing Authority") intends to terminate your lease on the premises addressed above, in the City and County of Denver (hereinafter "the Premises") on **August 31, 2022**.

The reason for this lease termination is:

On July 20, 2022, you were served a Demand for Compliance or Possession regarding your refusal to allow Housing Authority staff and contractors to repair, remediate, treat, or inspect the Premises and your failure to provide your 2022 annual paperwork which must be completed by the Housing Authority by August 1, 2022.  The Housing Authority will provide you a copy upon request.

On May 13, 2022, you were served a Demand for Compliance or Possession regarding your failure to timely comply with the Housing Authority's requests for office visits for your scheduled appointments for rent review and/or to obtain signatures/and/or to provide documents necessary to determine your continued eligibility for housing.

You have subsequently violated the same covenant(s) or condition (s):

On July 21, 2022, you were provided notice of an office visit on July 25, 2022, to resolve the above.  You failed to appear, reschedule, or address the above concerns before today's date.

Pursuant to Section 13-40-104 of the Colorado Revised Statutes, you are accordingly notified to quit said premises and surrender possession on or before the date set forth in the first paragraph of this notice.

That conduct is in violation of your Lease which provides:

**10.    Maintenance:**

   a.    *The Landlord agrees to:*
     (1)    *regularly clean all common areas of the project;*
     (2)    *maintain the common areas and facilities in a safe condition;*
     (3)    *arrange for collection and removal of trash and garbage;*
     (4)    *maintain all equipment and appliances in safe and working order;*
     (5)    *make necessary repairs with reasonable promptness;*
     (6)    *maintain exterior lighting in good working order;*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL
IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE
OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

(7)    *provide extermination services, as necessary; and*

(8)    *maintain grounds and shrubs.*

b.    *The Tenant agrees to:*

(1)    *keep the unit clean;*

(2)    *use all appliances, fixtures and equipment in a safe manner and only for the
purposes for which they are intended;*

a.    *not litter the grounds or common areas of the project;*

b.    *not destroy, deface, damage or remove any part of the unit, common
areas, or project grounds;*

c.    *give the Landlord prompt notice of any defects in the plumbing, fixtures,
appliances, heating and cooling equipment or any other part of the unit
or related facilities; and*

d.    *remove garbage and other waste from the unit in a clean and safe
manner.*

11.    **Damages:**    *Whenever damage is caused by carelessness, misuse, or neglect on
the part of the Tenant, his/her family or visitors, the Tenant agrees to pay:*

a.    *the cost of all repairs and do so within 30 days after receipt of the Landlord's demand for
the repair charges; and*

b.    *rent for the period the unit is damaged whether or not the unit is habitable. The Tenant
understands that HUD will not make assistance payments for any period in which the unit
is not habitable. For any such period, the Tenants agrees to pay the HUD-approved
market rent rather than the Tenant rent shown in paragraph 3 of his agreement.*

12.    **Restrictions on Alterations:**    No alteration, addition, or improvements shall be
made in or to the premises without the prior consent of the Landlord in writing.

[. . .]

13.    ***General Restrictions:*** *The Tenant must live in the unit and the unit must be the
Tenant's only place of residence. The Tenant shall use the premises only as a
private dwelling for himself/herself and the individuals listed on the Owner's
Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures,
Attachment 1. The Tenant agrees to permit other individuals to reside in the unit
only after obtaining the prior written approval of the Landlord. The Tenant agrees
not to:*

b.    *use the unit for unlawful purposes;*

c.    *engage in or permit unlawful activities in the unit, in the common areas or on
the project grounds; or*

e.    *make or permit noises or acts that will disturb the rights or comfort of
neighbors. The Tenant agrees to keep the volume of any radio, phonograph,
television or musical instrument at a level, which will not disturb the neighbors.*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

14.  **Rules:** *The Tenant agrees to obey the House Rules which are Attachment No. 3 to this Agreement. The tenant agrees to obey additional rules established after the effective date of this Agreement if:*

    a.  *the rules are reasonably related to the safety, care and cleanliness of the building and the safety, comfort and convenience of the Tenants; and*

    b.  *the Tenant receives written notice of the proposed rule at least 30 days before the rule is enforced.*

15.  **Regularly Scheduled Re-certifications:**    Every year around the 1ST day of August, the Landlord will request the Tenant to report the income and composition of the Tenant's household and to supply any other information required by HUD for the purposes of determining the Tenant's rent and assistance payment, if any.   The Tenant agrees to provide accurate statements of this information and to do so *by the date specified in the Landlord's request. The Landlord will verify the information supplied by the Tenant and use the verified information to recompute the amount of the Tenant's rent and assistance payment, if any.*

    a.  *If the Tenant does not submit the required recertification information by the date specified in the Landlord's request, the Landlord may impose the following penalties. The Landlord may implement these penalties only in accordance with the administrative procedures and time frames specified in HUD's regulations, handbooks and instructions related to the administration of multifamily subsidy programs.*

        *(1) Require the Tenant to pay the higher, HUD-approved market rent for the unit.*

        *(2) Implement any increase in rent resulting from the recertification processing without providing the 30-day notice otherwise required by paragraph 4 of this Agreement.*

    b.  *The Tenant may request to meet with the Landlord to discuss any change in rent to assistance payment resulting from the recertification processing. If the Tenant requests such a meeting, the Landlord agrees to meet with the Tenant and discuss how the Tenant's rent and assistance payment, if any, were computed.*

17.  **Removal of Subsidy:**

    a.  *The Tenant understands that assistance made available on his/her behalf may be terminated if events in either item 1 or 2 below occur. Termination of assistance means that the Landlord may make the assistance available to another Tenant and the Tenant's rent will be recomputed. In addition, if the Tenant's assistance is terminated because of criterion (1) below, the Tenant will be required to pay the HUD-approved market rent for the unit.*

        *(1) The Tenant does not provide the Landlord with the information or reports required by paragraph 15 or 16 within 10 calendar days after*

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

receipt of the Landlord's notice of intent to terminate the Tenant's assistance payment.

(2) The amount the Tenant would be required to pay towards rent and utilities under HUD rules and regulations equals the Family Gross Rent shown on Attachment 1.

b. The Landlord agrees to give the Tenant written notice of the proposed termination. The notice will advise the Tenant that, during the ten calendar days following the date of the notice, he/she may request to meet with the Landlord to discuss the proposed termination of assistance. If the Tenant requests a discussion of the proposed termination, the Landlord agrees to meet with the Tenant.

c. Termination of assistance shall not affect the Tenant's other rights under this Agreement, including the right to occupy the unit. Assistance may subsequently be reinstated if the Tenant submits the income or other data required by HUD procedures, the Landlord determines the Tenant is eligible for assistance, and assistance is available.

20. **Access by Landlord:** The Landlord agrees to enter the unit only during reasonable hours, to provide reasonable advance notice of his/her intent to enter the unit except when emergency situations make such notices impossible or except under paragraph (c) below.

a. The Tenant agrees to permit the Landlord, his/her agents or other persons, when authorized by the Landlord, to enter the unit for the purpose of making reasonable repairs and periodic inspections.

b. The Tenant consents in advance to the following entries into the unit:

(I) The Tenant agrees to permit the Landlord, his/her agents or other persons, when authorized by the Landlord, to enter the unit for the purpose of making reasonable repairs and periodic inspections.

(ii) After the Tenant has given a notice of intent to move, the Tenant agrees to permit the Landlord to show the unit to prospective tenants during reasonable hours.

c. If the Tenant moves before this Agreement ends, the Landlord may enter the unit to decorate, remodel, alter or otherwise prepare the unit for re-occupancy.

23. **Termination of Tenancy:**

a. To terminate this Agreement, the Tenant must give the Landlord 30-days written notice before moving from the unit.

b. Any termination of this Agreement by the Landlord must be carried out in accordance with HUD regulations, State and local law, and the terms of this Agreement.

c. The Landlord may terminate this Agreement for the following reasons:

1. the Tenant's material noncompliance with the terms of this Agreement;



*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

> 2.  *the Tenant's material failure to carry out obligations under any State Landlord and Tenant Act;*
>
> [...]

     d.  *The Landlord may terminate this Agreement for other good cause, which includes, but is not limited to, the tenant's refusal to accept change to this agreement. The term material noncompliance with the lease includes: (1) one or more substantial violations of the lease, (2) repeated minor violations of the lease that (a) disrupt the livability of the project, (b) adversely affect the health or safety of any person or the right of any tenant to the quiet enjoyment to the leased premises and related project facilities, (c) interfere with the management of the project, or (d) have an adverse financial effect on the project (3) failure of the tenant to timely supply all required information on the income and composition, or eligibility factors, of the tenant household (including, but not limited to, failure to meet the disclosure and verification requirements for Social Security Numbers, or failure to sign and submit consent forms for the obtaining of wage and claim information from State Wage Information Collection Agencies), and (4) Non-payment of rent or any other financial obligation due under the lease beyond any grace period permitted under State law.  The payment of rent or any other financial obligation due under the lease after the due date but within the grace period permitted under State law constitutes a minor violation.*

**24.**  **Hazards:**  *The Tenant shall not undertake, or permit his/her family or guests to undertake, any hazardous acts or do anything that will increase the project's insurance premiums.  Such action constitutes a material non-compliance.  If the unit is damaged by fire, wind, or rain to the extent that the unit cannot be lived in and the damage is not caused or made worse by the Tenant, the Tenant will be responsible for rent only up to the date of the destruction.  Additional rent will not accrue until the unit has been repaired to a livable condition.*

This conduct is in violation of your House rules which provides:

*I.*  ***Resident's Obligations***
*The Resident and the members of the household:*
*19. Shall assure that the Resident, any member of the household, a guest, or another person under the Resident or household members control, shall act in a manner that will:*

     *A.  Not disturb other Residents' peaceful enjoyment of their accommodations; and*

     *B.  Be conducive to maintaining all Housing Authority developments in a decent, safe and sanitary condition.*

*21. Shall act in a cooperative manner with neighbors and Housing Authority staff.  Resident shall refrain from and cause members of Resident's household or guests or another person under Resident's control to refrain from acting or speaking in an abusive or threatening manner toward neighbors and/or Housing Authority staff.*

"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."

23. Shall comply with all obligations all laws and local ordinances pertaining to the use or occupancy of the premises, materially affecting health and/or safety and/or the use or occupancy of the premises.

24. Shall supply any certification, release, information or documentation which the Housing Authority or HUD determines to be necessary, including submissions required by the Housing Authority for an annual re-examination or interim re-examination of family income and composition in accordance with HUD requirements. Resident and household members shall sign all documents as requested by the Housing Authority.

26. Shall avoid obstructing sidewalks, areaways, galleries, passages, elevators, or stairs, and to avoid using these for purposes other than going in and out of the Dwelling Unit.

27. Shall use only in a reasonable manner all electrical, plumbing, sanitary, heating, ventilating, air conditioning, and other facilities and appurtenances, including elevators.

III. Housekeeping Standards

In an effort to improve the livability and conditions of the dwelling units owned and managed by the Housing Authority, uniform standards for resident housekeeping have been developed for all Resident families. The standards that follow will be applied fairly and uniformly to all Residents. The Housing Authority will inspect each unit at least annually, to determine compliance with the standards. Upon completion of an inspection the Housing Authority will notify Resident in writing if he/she fails to comply with the standards. The Housing Authority will advise Resident of specific correction(s) required to establish compliance. Within a reasonable period of time, the Housing Authority will schedule a second inspection. Failure of a second inspection will constitute a serious violation of the material terms of the Lease, for which the Housing Authority may terminate the Lease.

32. Resident is required to abide by the standards set forth below and shall use reasonable care to keep the Dwelling Unit and such other areas as may be assigned to the Resident for the Resident's exclusive use in a clean, safe and sanitary condition as to ensure proper health and sanitation standards for Resident, household members and neighbor. Failure to abide by the Housekeeping Standards that results in the creation or maintenance of a threat to health or safety is a serious violation of the material terms of the Lease, for which the Housing Authority may terminate the Lease.

33. Resident shall pay charges (other than for normal wear and tear) for the repair of damages to the premises, development buildings, facilities or common areas caused by Resident, Resident's household or guests, or by Resident's failure to report needed repairs. __Resident Shall Notify The Housing Authority Promptly Of Known Needed Repairs To Resident's Dwelling Unit__, and of known unsafe or unsanitary conditions in the Dwelling Unit or in common areas and grounds of the development. Resident's failure to report the need for repairs in a timely manner shall be considered to contribute to any damage that occurs. Resident shall also pay other charges assessed. These charges shall be in accordance with a schedule of charges, which have been approved by the resident representatives, as are posted in the Housing Authority's development

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

*office from time to time. ~~Any damage to the Dwelling Unit which is not described in the~~ ~~written report of inspection prior to Resident's occupancy will be presumed to have been~~ ~~caused by Resident;~~*

The Violence Against Women Act (VAWA) provides certain protections for victims of domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender identity, or sexual orientation. Residents of DHA housing may not be evicted solely because they have been a victim of domestic violence, dating violence, sexual assault, or stalking or solely on the basis of criminal activity directly relating to domestic violence, dating violence, sexual assault, or stalking.  Your VAWA rights and responsibilities are described in the VAWA Addendum which was provided with your lease.  If you need a copy of the VAWA Addendum, please contact your property manager and a copy will be provided.

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

### NOTICE OF PROPOSED LEASE TERMINATION

This lease is being terminated pursuant to federal and state law and your Lease.

**Judicial Eviction Procedure:** Unless you have delivered possession of the Premises to the Housing Authority by the date stated in this Notice, an action will be filed against you in the Denver County Court, in which the Housing Authority will pursue a judgment for possession of the Premises. At the time for your appearance in such action, you will be given the opportunity to file an answer to the complaint, setting forth any defense you may have against the complaint and/or the grounds upon which you base your refusal to deliver possession of the Premises, and denying or admitting all of the allegations of the complaint. At trial, you shall have the opportunity to present any evidence on your behalf and to confront any witnesses against you.

**Grievance Procedure:** You have the right to make such reply as you may wish to this notice. If you disagree with the reasons for this proposed lease termination that are set forth above, you also have the right to make this matter the subject of the Housing Authority's grievance procedure. If you desire to invoke the grievance procedure, you must do so in writing. You must mail or deliver your written request for a grievance hearing to the management office of the project or development in which you live, within ten (10) days of the delivery of this notice to you. You have the opportunity, prior to any hearing or trial, to examine any relevant documents, records, or regulations directly related to the eviction or termination and have the identities of any persons who may be called to testify against you.

The Violence Against Women Act (VAWA) provides certain protections for victims of domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender identity, or sexual orientation. Residents of DHA housing may not be evicted solely because they have been a victim of domestic violence, dating violence, sexual assault, or stalking or solely on the basis of criminal activity directly relating to domestic violence, dating violence, sexual assault, or stalking. Your VAWA rights and responsibilities are described in the VAWA Addendum which was provided with your lease. If you need a copy of the VAWA Addendum, please contact your property manager and a copy will be provided.

Dated: August 1, 2022     THE HOUSING AUTHORITY OF THE CITY
                          AND COUNTY OF DENVER

By: _____

Birttany Chiles, Manager
Syracuse Plaza & Goldsmith Village
4333 South Syracuse Street
Denver, Colorado 80237
Phone: 720.946.6054

*"ESTE ES UN DOCUMENTO IMPORTANTE. PARA OBTENER ASISTENCIA GRATUITA CON EL IDIOMA, CONTÁCTESE CON EL DEPARTAMENTO DE SECCIÓN 8, EL DEPARTAMENTO DE OCUPACIÓN O LA DIVISIÓN DE ADMINISTRACIÓN DE VIVIENDA."*

### Certificate of Service

I hereby certify that this Notice of Lease Termination and Notice to Quit was served:

[X]     by handing a copy to the person named hereon on the date and time of the first attempt at service:

     First attempt: Date: _August 1, 2022_ Time: _8:24 am_

     Second attempt: Date: _____ Time: _____

[ ]     by handing a copy to the person named hereon on the date and time of the second attempt at service; or

[ ]     by posting on the front door of the premises on the date and time of the second attempt at service, no person authorized to accept service being on the premises at that date and time.

[ ]     by mailing a copy by prepaid first class mail, addressed to the person named hereon at the address of the premises, after the date and time of the second attempt at service, no person authorized to accept service being on the premises at that date and time.

     Date of Mailing: _____

_____

Brittany Chiles, Manager, Syracuse Plaza & Goldsmith Village

| | |
|---|---|
| County Court,<br>City and County of Denver, Colorado<br>Court address:<br>1437 Bannock Street, #135<br>Denver, CO 80202 | |
| **Plaintiff(s):**<br>**Housing Authority of the City and County of Denver**<br><br>**Defendant(s):**<br>**Courtney Duane Cash**<br>**Natonya Lewis Cash, and all other occupants**<br>**4343 S. Syracuse Street, Suite 11**<br>**Denver, Colorado 80237** | σ COURT USE ONLY σ |
| Attorney or Party Without Attorney (Name and Address):<br>Gerritt Koser, #36652<br>Margaret Armstrong, #52552<br>1035 Osage Street, 11th Floor<br>Denver, Colorado 80204<br>Phone Number: (720) 932-3090<br>FAX Number:   (720) 932-3009<br>LegalDepartment@denverhousing.org | Case Number:<br><br>Division:          Courtroom: |

### AFFIDAVIT REGARDING EVICTIONS AND THE CARES ACT

1.    I am the attorney of the Property at issue and represent the Plaintiff in this action and I submit this affidavit to assist the court in determining whether the property is subject is subject to the limitations and restrictions in The Coronavirus Aid, Relief, and Economic Security Act (The CARES Act, PL 116-136 HR748 March 27, 2020).

2.    To the best of my ability, I have reviewed the CARES Act Sections 4022, 4023, and 4024.

3.    The property is subject to a mortgage.

4.    The property is covered by the CARES Act.

5.    The property is covered by the CARES Act and a forbearance was not requested.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

_____   09/11/2022
Signature                              Date

\* For more information on the CARES Act visit https://www.congress.gov/bill/116th-congress/house-bill/748/text?loclr=bloglaw.